No. 745. Cutcliff *v.* United States. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Fifth Circuit denied. *Mr. Paul L. Lindsay* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, A. E. Gottschall,* and *W. Marvin Smith* for the United States.